Opinion issued May 18, 2009

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00121-CV






IN RE FOREST OIL CORPORATION, ASSOCIATED ELECTRIC & GAS
INSURANCE SERVICES LIMITED, AND STEADFAST INSURANCE
COMPANY, Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relators, Forest Oil Corporation, Associated
Electric & Gas Insurance Services Limited, and Steadfast Insurance Company seek
relief compelling the trial court to vacate its order granting the motion to compel of
real party in interest, David Law. 

We deny the petition for writ of mandamus. The emergency stay is lifted. 


Per Curiam 


Panel consists of Chief Justice Radack and Justices Alcala and Hanks. 
1. The underlying case is Forest Oil Corporation v. Drilling & Completion Services,
Inc. and David Law, Cause No. 07-CV-1211, in the 56th Judicial District Court of
Galveston County, Texas, the Hon. Lonnie Cox, presiding.